AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

### V.

SHAUN TODD

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: *04M-1009-JGD*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____October 16, 2000_____ in _____Middlesex_____ county, in the District of _____Massachusetts_____ defendant(s) did, (Track Statutory Language of Offense)

take and carry away, with intent to steal or purloin, property exceeding $1,000 belonging to, or in the care, custody, control, management, or possession of any bank,

in violation of Title _____18_____ United States Code, Section(s) _____2113(b) and 2_____ .

I further state that I am a(n) _____Special Agent, FBI_____ and that this complaint is based on the following
                                                    Official Title

facts:

See attached affidavit of FBI Special Agent Todd I. Richards.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____Todd I. Richards_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__3/5/04__                                at        ____Boston, Massachusetts____
Date                                                          City and State

JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE                _____Judith Gail Dein_____
Name & Title of Judicial Officer                          Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.