UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| SHAUN TODD ) | CR. NO. 04M-1009-JGD |
| ) | |

## JOINT MOTION TO CONTINUE PROBABLE CAUSE HEARING

The parties hereby jointly move that the Court continue the probable cause hearing in this matter, presently scheduled for April 30, 2004, for a period of at least thirty days to accommodate counsels' schedules and to provide the parties with the opportunity to discuss issues relating to the case and its potential resolution. In so moving, the defendant explicitly waives his right to a preliminary examination within 30 days of the filing of the criminal complaint.

SHAUN TODD                                    MICHAEL J. SULLIVAN
By His Attorney                               United States Attorney

                                              By:

/s/ Scott Gleason (DLC)                       /s/ Donald Cabell
SCOTT F. GLEASON, ESQ.                        DONALD L. CABELL
163 Merrimack                                 Assistant U.S. Attorney
Haverill, MA                                  U.S. Courthouse
(978) 521-4044                                1 Courthouse Way
                                              Suite 9200
                                              Boston, MA 02210
                                              (617) 748-3105

April 29, 2004