UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 JUN -8 P 4: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| SHAUN TODD ) | CR. NO. 04M-1009-JGD |
| ) | |

**JOINT MOTION TO CONTINUE PROBABLE CAUSE HEARING**

The parties hereby jointly move that the Court continue the probable cause hearing in this matter, presently scheduled for June 9, 2004, to June 17th, to accommodate counsels' schedules; the defendant previously waived his right to a preliminary examination within 30 days of the filing of the criminal complaint.

SHAUN TODD                                          MICHAEL J. SULLIVAN
By His Attorney                                     United States Attorney

                                               By:

_____                      _____
SCOTT F. GLEASON, ESQ.                             DONALD L. CABELL
163 Merrimack                                      Assistant U.S. Attorney
Haverill, MA                                       U.S. Courthouse
(978) 521-4044                                     1 Courthouse Way
                                                   Suite 9200
                                                   Boston, MA 02210
                                                   (617) 748-3105

June 8, 2004