AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

V.

_Shaun Todd_

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: _04M - 1009 - J6D_

I, _Shaun Todd_ , charged in a ☒ complaint ☐ petition

pending in this District _of Massachusetts_

in violation of _Title 18_ , U.S.C., _Sections 2113 ~02_ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P.,
including my right to have a ☐ examination ☒ hearing , do hereby waive (give up) my right to a prelim-
inary ☐ examination ☒ hearing.

_____
Defendant

_6/17/04_
Date

_____
Counsel for Defendant