UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

_U.S._

v.

_Brian Todd_
_Shaun Todd_

Check if previously referred

~~CA~~/CR No. _04-10246-PBS_

Criminal Category _II_

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _Dein_ for the following proceedings:

(A)   Referred for full pretrial case management, including all dispositive motions.

(B)   Referred for full pretrial case management, <u>not</u> including dispositive motions.

(C)   Referred for discovery purposes only.

(D)   Referred for Report and Recommendation on:

   ( ) Motion(s) for injunctive relief
   ( ) Motion(s) for judgment on the pleadings
   ( ) Motion(s) for summary judgment
   ( ) Motion(s) to permit maintenance of a class action
   ( ) Motion(s) to suppress evidence
   ( ) Motion(s) to dismiss
   ( ) Post Conviction Proceedings[1]
   See Documents Numbered: _____

(E)   Case referred for events only. See Doc. No(s). _____

(F)   Case referred for settlement.

(G)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   ( ) In accordance with Rule 53, F.R.Civ.P.
   ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)   Special Instructions: _pretrial proceedings_

_8-18-04_
Date

By: _Catherine M Gaudlite_
Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

---

[1] See reverse side of order for instructions