UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10246

FILED

2004 SEP 10 P 3: 52

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA,

v.

Shaun Todd

## WAIVER OF RIGHT TO SEPARATE COUNSEL

I, __Shaun Todd__, have been advised by United States Magistrate Judge Judith Gail Dein of some of the risks confronted where defendants in the same trial are represented by the same counsel. I have discussed these risks with my counsel and understand the nature of those risks. I have been further advised by United States Magistrate Judge Judith Gail Dein that I have an absolute right to retain separate counsel or, if financially qualified, to have separate counsel appointed by the court and paid for by the government.

Being fully aware of the possible risks where defendants are jointly represented and of my right to separate counsel, I nevertheless choose to proceed being represented by __Scott F. Gleason, Esq__ who also represents other defendant(s) in this case.

_____
Defendant

Dated: 9-8-04

_____
Witness