UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

BRIAN TODD and
SHAUN TODD

CRIMINAL ACTION
NO.  04-10246-PBS

**NOTICE OF INITIAL PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                                                               March 9, 2005

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **March 22, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel