UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN TODD and | ) | CR. NO. 04-10246-PBS |
| SHAUN TODD | ) | |

**GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT STATEMENTS OF DEFENDANT SHAUN TODD**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves that the Court admit evidence of a confession by defendant Shaun Todd. More specifically, the witness, a former significant other of the defendant, will testify that she was present at a meeting with defendant Shaun Todd, his mother, and the defendant's counsel, at which Shaun Todd admitted to committing the ATM theft along with defendant Brian Todd. There is no issue that the statement is relevant and admissible against defendant Shaun Todd. And to the extent the statement presents a potential Bruton issue, the witness can simply be instructed to omit any specific reference to Brian Todd, and just refer to Shaun Todd and "another individual."

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney


                         BY:  /s/Donald L. Cabell
                              Donald L. Cabell
                              Assistant U.S. Attorney
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3105
```