UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10246-PBS |
| v. | |
| SHAUN TODD<br>BRIAN TODD | |

## NOTICE OF RESCHEDULED JURY TRIAL

SARIS, U.S.D.J.                                                                                              August 2, 2005

      The Jury Trial previously scheduled for August 15, 2005, has been **rescheduled** to **September 12, 2005, at 9:00 a.m.**

**NOTE:** Counsel are to adjust all dates in the Pretrial Order commensurate with the rescheduled trial date.

                                   By the Court,

                                    /s/ Robert C. Alba
                                   Deputy Clerk

Copies to:  All Counsel

resched.ntc