UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Crim. No. 04-10246-PBS |
| ) | |
| **BRIAN TODD** and ) | |
| **SHAUN TODD** ) | |

### NOTICE OF APPEARANCE OF S. WAQAR HASIB

Please enter and add the appearance of Assistant U.S. Attorney S. Waqar Hasib for the United States of America in the above-captioned matter.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney

                         By:  /s/ S. Waqar Hasib
                             S. WAQAR HASIB
                             Assistant U.S. Attorney
                             1 Courthouse Way, Suite 9200
                             Boston, MA 02210
Date: September 22, 2005        (617) 748-3674

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                                         Boston, Massachusetts
                                                     September 22, 2005

    I, S. Waqar Hasib, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendants' counsel by electronic filing.

                                              <u>/s/ S. Waqar Hasib</u>
                                              S. WAQAR HASIB
                                              Assistant U.S. Attorney