```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )
                                )
BRIAN TODD and                  )    CR. NO. 04-10246-PBS
SHAUN TODD                      )
```

### GOVERNMENT'S LIST OF WITNESSES

The following is a list of names of individuals the government may call as witnesses in its case-in-chief. The government reserves the right to supplement this list as appropriate:

(1) Pamela Ann Zaccheo, Bank of America, Salem, NH;
(2) Keeper of Records, Fleert Bank/Bank of America;
(3) Sharon Despres, Pelham, NH;
(4) Keeper of Records, Brinks, Inc.;
(5) Mark Linton, Brinks, Inc., Lawrence, MA;
(6) Michael Tyson, Salisbury, MA;
(7) Jeffrey Allan Hosfeld, Lynchburg, Virginia;
(8) Richard Levesque, Keeper of Records, Pro Sound;
(9) Justin O'Neil, Plaistow, NH;
(10) Matthew Ferraro, Salem, NH
(11) Keith Gage, Merrimac, NH;
(12) Keeper of Records, Rockingham Toyota, Salem, NH;
(13) Daniel Jones, Interstate Used Cars, Plaistow, NH;
(14) Charles Campbell, McZee's Used Car and Truck Factory, Plaistow, NH;
(15) Stephen Kleiner, McZee's Used Car and Truck Factory, Plaistow, NH;
(16) Taryn Tinkham, Hamilton, MA; and
(17) Gerald Mohan, FBI.

```
                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney


                  BY:    /s/Donald L. Cabell
                         DONALD L. CABELL
                         S. WAQAR HASIB
                         Assistant U.S. Attorneys
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
```