1

I
1 - 16

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA,

VS.                                          Case No.

JOHN DOE.

---

Federal Grand Jury
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts

Wednesday
May 2, 2001

APPEARANCE:   DONALD L. CABELL
              Assistant U.S. Attorney

WITNESS:      SHARON DESPRES

**APEX Reporting**
(617) 426-3077

ORIGINAL

SHARON DESPRES - 05/02/01                          6

1   Q    So the ATM machine continued to work?
2   A    Mm-hm.
3   Q    How long were you in there for, would you say?
4   A    Probably maybe not even five minutes. Maybe
5   five minutes.
6   Q    At some point did you see anybody in the back area
7   of the ATM?
8   A    After I left the building, and then went around
9   the back, I noticed a guy coming out from the back.
10  Q    Did you pay close attention to him?
11  A    Not especially. I had my daughter with me, so I
12  -- I -- we kind of crossed each other ---
13  Q    Mm-hm.
14  A    --- on the corner of -- there's a little sidewalk
15  that goes around the back.
16  Q    Well, was there anything about what you saw that
17  struck you as bizarre or notable in any way?
18  A    Yeah. I noticed that when -- when I came around
19  the corner, the back door of the little building ---
20  Q    Mm-hm.
21  A    --- was open. But what kind of struck me was
22  funny, was that it wasn't, you know, as I would think of,
23  like a Brink's person. You know ---
24  Q    What do you mean?
25  A    --- in a Brink's truck or in a uniform. You know,

SHARON DESPRES - 05/02/01                                    7

1  it was just a regular guy.
2      Q    Just dressed in regular clothing?
3      A    Yeah. That came out from behind, and I thought it
4  was strange that he left the door wide open.
5      Q    Mm-hm. Was the person carrying anything?
6      A    Like a tote bag. Canvas type of a tote bag.
7      Q    Could you tell whether the bag was empty or full?
8      A    It looked to me like it had something in it. You
9  know, it wasn't like an empty bag that would be like caving
10 in. It looked like there was definitely something in it.
11     Q    Did you see where the person walked to?
12     A    There was a -- like a small SUV sitting on the
13 corner of the building with its door open, that he was
14 walking to.
15     Q    The driver's side or the passenger's side?
16     A    The passenger's side door.
17     Q    Was open?
18     A    Mm-hm.
19     Q    What color was the SUV?
20     A    Black.
21     Q    Do you recall what the make of it was?
22     A    I would say it was like a Rodeo, Isuzu Rodeo, that
23 type of a smaller SUV.
24     Q    Is there anything else that you can recall about
25 the person that you saw walking to the Isuzu?

APEX Reporting
(617) 426-3077

SHARON DESPRES - 05/02/01                                8

1     A    He was tall.

2     Q    Mm-hm.

3     A    I would say he was like a white man, not like
4  super thin, but, you know, kind of an average build. I
5  didn't get to see his face. I saw him more from the side.

6     Q    Do you recall whether the person was wearing a
7  jacket?

8     A    No.

9     Q    They weren't or you don't recall?

10    A    I don't recall. I think it was a warm day,
11 anyway.

12    Q    Okay.

13    A    But I don't think that he was wearing a jacket.

14    Q    Is there anything else that you can remember about
15 the whole event?

16    A    I saw the driver of the vehicle when I turned. He
17 was sort of sitting sideways, like slumped over the steering
18 wheel with his arm, and he was a -- I would say like a
19 Hispanic. Probably shorter, a little stout, you know, like
20 built.

21    Q    And when you say Hispanic, you based that on skin
22 or what do you base that on?

23    A    I would -- he looked like a Spanish -- Hispanic
24 male.

25    Q    Well, what aspects of the person's face could you

APEX Reporting
(617) 426-3077

16

## CERTIFICATE OF REPORTER

This is to certify that the attached proceeding before: __A FEDERAL GRAND JURY__

in the Matter of:

UNITED STATES OF AMERICA

VS.

JOHN DOE

Place: Boston, Massachusetts

Date: May 2, 2001

were held as herein appears, and that this is the original transcript thereof.

OFFICIAL REPORTER (Signature)
Jeffrey Moeanu

**APEX Reporting**
(617) 426-3077