UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        CRIMINAL ACTION
        NO.  04-10246-PBS

v.

BRIAN TODD and
SHAUN TODD

### ORDER

SARIS, U.S.D.J.                                                                                                                                      January 13, 2006

      This court having been notified by U.S. Probation that the restitution payee indicated in Judgment number 68 and 69 is to be change to: Brinks, Inc., 555 Dividend Drive, Coppell, TX 75019, Attn.: James Smith, it is hereby ORDERED that the restitution payee change be made part of the record.

                                                                                     /s/ Patti B. Saris
                                                                                     Patti B. Saris
                                                                                     United States District Judge

Copies to:  All Counsel