

# MEMORANDUM

DATE:     June 16, 2006

TO:       The Honorable Patti B. Saris
          U. S. District Court Judge

FROM:     Craig A. Orze
          U.S. Probation Officer

SUBJECT:  **Shaun Todd**
          Docket #: 04CR10246-PBS
          **RESTITUTION PAYMENT SCHEDULE**

---

This memorandum serves as notification of a restitution payment schedule agreed upon by the above probation officer and probationer.

It is the responsibility of the supervising probation officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the probationer's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

> The above-supervised probationer has presented financial information to the U.S. Probation Office from which a payment schedule has been established. Mr. Todd has agreed to pay his court-ordered restitution of $20,000 in monthly installments of $250.00 as of July 2006.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved by:

*Brian McDonald*
Brian McDonald
Supervising U. S. Probation Officer

Payment Schedule Is Approved:

*Patti B. Saris*
The Honorable Patti B. Saris
U. S. District Court Judge

## UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
### PROBATION OFFICE

**Robert P. Ryan**　　　　　　　　　　　　　　　　　　　　　　　　499 Essex Street
Chief U.S. Probation Officer　　　　　　　　　　　　　　　　　　　　2nd Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lawrence, MA 01840-1269
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(978) 689-3653
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax -(978) 689-9067

December 3, 2004

Shaun Todd
182 Merrimac Street, #6
Newburyport, MA 01950

Dear Mr. Todd:

This is to inform you of the amount agreed upon for repayment of your restitution.

You have agreed to pay your Court-ordered restitution of $20,000.0 in monthly installments of $250.00 per month beginning July 2006. This has been submitted to the Court.

If you have any questions, please call me at 978-687-3976

Sincerely,

Craig A. Orze
U.S. Probation Officer

/lz

PROB 48H

## NOTICE TO UNITED STATES ATTORNEY'S OFFICE
Financial Litigation Unit

Date: __June 16, 2006__

On __January 5, 2006__, defendant __Shaun Todd__ was sentenced as follows:

(Attach J & C)

_____   Please be advised that the court considered the following assets, further identified In the attached presentence report, in ordering a lump sum payment of $_____. The criminal monetary penalty is due immediately.

_____   Please be advised that the offender has been released from custody. Our review of the offender's outstanding criminal monetary penalties reveals that the assets previously identified to you on_____appear to be   still available or   no longer available for payment toward the outstanding penalties.

_____   The following new assets have been identified since sentencing:

(Attach separate sheet if necessary)

Offender's Name:        Shaun Todd
                        182 Merrimac Street, Apt #6
                        Newburyport, MA 01950

__X__   A court-ordered payment schedule of $ __250.00__        per month has been established.
_____ The court-ordered payment schedule has been changed (date) to $_____ per month.
_____ Payment toward the criminal monetary payment is   delinquent or   in default.
_____   Supervision and/or   Jurisdiction has been transferred to _____.
_____ Supervision will expire within 6 months or as of _____.

Please contact Senior United States Probation Officer Craig A. Orze at 978-687-3976 in the event you need additional information.